IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01265-MSK-BNB

KOLLEEN BURRIS,

Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC,
COMCAST CABLE COMMUNICATIONS HOLDINGS, INC., and
MARK BIRKHOLZ, in all capacities,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion to Amend Answer of Defendants Comcast Cable Communications, LLC, and Comcast Cable Communications Holdings, Inc.** [docket no. 24, filed October 1, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the Clerk of the Court is directed to accept for filing the attached Amended Answer for filing.

DATED: October 4, 2010