IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01265-WJM-BNB

KOLLEEN BURRIS,

Plaintiff,

v.

COMCAST OF COLORADO IX, LLC, and
MARK BIRKHOLZ, in all capacities,

Defendants.

_____

**ORDER**
_____

I held a status conference in this case this morning to set a final pretrial conference.

Consistent with matters discussed at the status conference, the case schedule is modified to the

following extent:

Discovery Cut-Off:                    **August 1, 2011**

(All discovery must be completed by the discovery cut-off.  All
written discovery must be served so that responses are due on or
before the discovery cut-off.)

Dispositive Motions Deadline:         **September 1, 2011**

Expert Disclosures:

The parties shall designate all rebuttal experts and
provide opposing counsel with all information
specified in Fed. R. Civ. P. 26(a)(2) on or before
**April 4, 2011**

Final Pretrial Conference:  A final pretrial conference will be held in this case on

**October 20, 2011, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States

Courthouse, 901 19th Street, Denver, Colorado.  A Final Pretrial Order shall be prepared by the

parties and submitted to the court no later than **October 13, 2011**.

Dated February 23, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge