IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01265-WJM-BNB

KOLLEEN BURRIS,

Plaintiff,

v.

COMCAST OF COLORADO IX, LLC, and
MARK BIRKHOLZ, in all capacities,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Unopposed Motion to Modify Scheduling Order** [docket no. 68, filed July 20, 2011] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **September 1, 2011**, and the dispositive motion deadline is extended to and including **October 3, 2011**.

IT IS FURTHER ORDERED that the Pretrial Conference set for October 20, 2011, is **vacated and reset to December 6, 2011, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **November 29, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.


DATED:  July 22, 2011