IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.   10-cv-01265-WJM-BNB | Date: July 26, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| KOLLEEN BURRIS, | Jean Ellis |
| Plaintiff(s), | |
| v. | |
| COMCAST OF COLORADO IX, LLC, and MARK BIRKHOLZ, | Darin Mackender |
| Defendant(s). | |

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     1:33 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Defendants' motion to compel [doc. #62; filed 7/8/11] is granted for reasons stated on the record.

**ORDERED:** Defendants' unopposed motion to seal [doc. 61; filed 7/8/11] is denied for reasons stated on the record.

Court in Recess:     1:54 p.m.     Hearing concluded.     Total time in Court: 00:21

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.