IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01265-WJM-BNB

KOLLEEN BURRIS,

Plaintiff,

v.

COMCAST OF COLORADO IX, LLC, and
MARK BIRKHOLZ, in all capacities,

Defendants.
_____

**ORDER**
_____

This matter arises on the following:

(1)     **Defendants' Motion to Compel** [Doc. # 62, filed 7/8/2011] (the "Motion to

Compel"); and

(2)     **Defendants' Unopposed Motion to Seal** [Doc. # 61, filed 7/8/2011] (the

"Motion to Seal").

I held a hearing on the motions this afternoon and made rulings on the record, which are

incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 62] is GRANTED. The plaintiff shall produce an

unredacted copy of Amanda Toronto's case notes on or before **August 2, 2011**;

(2)     The Motion to Seal [Doc. # 61] is DENIED; and

(3)     The portion of this Order denying the Motion to Seal shall be effective and Doc. #

63 shall be unsealed and deemed a part of the public record at the later of: (a) August 10, 2011;

or (b) following a ruling by the district judge if an objection to this Order is filed.  <u>See</u>

D.C.COLO.LCivR 7.2J.

Dated July 26, 2011.

                                        BY THE COURT:

                                         /s/ Boyd N. Boland
                                        United States Magistrate Judge