### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge William J. Martínez

Civil Action No. 10-cv-01265-WJM-BNB

KOLLEEN BURRIS,

    Plaintiff,

v.

COMCAST CABLE COMMUNICATIONS, LLC;
COMCAST CABLE COMMUNICATIONS HOLDINGS, INC.; and
MARK BIRKHOLZ, in all capacities,

    Defendants.

### ORDER ADOPTING RECOMMENDATION AND GRANTING MOTION TO HOLD CASE IN ADMINISTRATIVE ABEYANCE

    This matter is before the Court on the February 22, 2012 Recommendation by United States Magistrate Judge Boyd N. Boland that Defendants' Unopposed Motion to Hold Case in Administrative Abeyance be granted.  (ECF No. 103.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

    The Recommendation was filed on February 22, 2012 and advised the parties that specific written objections were due within fourteen days after being served with a copy of the Recommendation. (ECF No. 65 at 25-26.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation have to date been filed by any party.  "In the absence of timely objection, the district court may review a magistrate . . . [judge's] report under any standard it deems appropriate."  *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150 (1985) (stating

that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). The Court agrees with the Magistrate Judge's Recommendation and finds that "there is no clear error on the face of the record." *See* Fed. R. Civ. P. 72(b) advisory committee's note.

Accordingly, the Court ORDERS as follows:

1. The Recommendation of the United States Magistrate Judge (ECF No. 103), filed February 22, 2012, is ACCEPTED;

2. Defendants' Unopposed Motion to Hold Case in Administrative Abeyance (ECF No. 101) is GRANTED;

3. The Clerk shall administratively close this case pursuant to D.C.COLO.LCivR 41.2 subject to reopening for good cause, if appropriate, after the approval of the settlement by the Bankruptcy Court; and

4. All pending motions (ECF Nos. 16, 80 & 81) are DENIED WITHOUT PREJUDICE.

Dated this 9th day of March, 2012.

BY THE COURT:

William J. Martinez
United States District Judge